JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ARRAY BIOPHARMA INC. et al.

**DEFENDANTS**

ZYDUS LIFESCIENCES LTD., ZYDUS LIFESCIENCES GLOBAL FZE, and ZYDUS PHARMACEUTICALS (USA) INC.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Derek J. Fahnestock, Esquire; Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Wilmington, DE 19801
(302) 658-9200

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❒ 1  U.S. Government Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

❒ 2  U.S. Government Defendant

❒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ❒ 625 Drug Related Seizure of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane / ❒ 365 Personal Injury - Product Liability | ❒ 690 Other | ❒ 423 Withdrawal 28 USC 157 | ❒ 376 Qui Tam (31 USC 3729(a)) |
| ❒ 130 Miller Act | ❒ 315 Airplane Product Liability / ❒ 367 Health Care/ |  |  | ❒ 400 State Reapportionment |
| ❒ 140 Negotiable Instrument | ❒ 320 Assault, Libel & Slander / Pharmaceutical |  | **PROPERTY RIGHTS** | ❒ 410 Antitrust |
| ❒ 150 Recovery of Overpayment & Enforcement of Judgment | Personal Injury Product Liability |  | ❒ 820 Copyrights | ❒ 430 Banks and Banking |
| ❒ 151 Medicare Act | ❒ 330 Federal Employers' Liability / ❒ 368 Asbestos Personal |  | ❒ 830 Patent | ❒ 450 Commerce |
| ❒ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❒ 340 Marine / Injury Product Liability |  | ☒ 835 Patent - Abbreviated New Drug Application | ❒ 460 Deportation |
| ❒ 153 Recovery of Overpayment of Veteran's Benefits | ❒ 345 Marine Product Liability / **PERSONAL PROPERTY** |  | ❒ 840 Trademark | ❒ 470 Racketeer Influenced and Corrupt Organizations |
| ❒ 160 Stockholders' Suits | ❒ 350 Motor Vehicle / ❒ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❒ 480 Consumer Credit |
| ❒ 190 Other Contract | ❒ 355 Motor Vehicle Product Liability / ❒ 371 Truth in Lending | ❒ 710 Fair Labor Standards Act | ❒ 861 HIA (1395ff) | ❒ 490 Cable/Sat TV |
| ❒ 195 Contract Product Liability | ❒ 360 Other Personal Injury / ❒ 380 Other Personal Property Damage | ❒ 720 Labor/Management Relations | ❒ 862 Black Lung (923) | ❒ 850 Securities/Commodities/ Exchange |
| ❒ 196 Franchise | ❒ 362 Personal Injury - Medical Malpractice / ❒ 385 Property Damage Product Liability | ❒ 740 Railway Labor Act | ❒ 863 DIWC/DIWW (405(g)) / ❒ 864 SSID Title XVI | ❒ 890 Other Statutory Actions / ❒ 891 Agricultural Acts |
|  |  | ❒ 751 Family and Medical Leave Act | ❒ 865 RSI (405(g)) | ❒ 893 Environmental Matters / ❒ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ❒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❒ 896 Arbitration |
| ❒ 210 Land Condemnation | ❒ 440 Other Civil Rights / **Habeas Corpus:** | ❒ 791 Employee Retirement Income Security Act | ❒ 870 Taxes (U.S. Plaintiff or Defendant) | ❒ 899 Administrative Procedure Act/Review or Appeal of |
| ❒ 220 Foreclosure | ❒ 441 Voting / ❒ 463 Alien Detainee |  | ❒ 871 IRS—Third Party 26 USC 7609 | Agency Decision |
| ❒ 230 Rent Lease & Ejectment | ❒ 442 Employment / ❒ 510 Motions to Vacate Sentence |  |  | ❒ 950 Constitutionality of State Statutes |
| ❒ 240 Torts to Land | ❒ 443 Housing/ Accommodations / ❒ 530 General |  |  |  |
| ❒ 245 Tort Product Liability | ❒ 445 Amer. w/Disabilities - Employment / ❒ 535 Death Penalty | **IMMIGRATION** |  |  |
| ❒ 290 All Other Real Property | ❒ 446 Amer. w/Disabilities - Other / **Other:** | ❒ 462 Naturalization Application |  |  |
|  | ❒ 448 Education / ❒ 540 Mandamus & Other | ❒ 465 Other Immigration Actions |  |  |
|  | ❒ 550 Civil Rights |  |  |  |
|  | ❒ 555 Prison Condition |  |  |  |
|  | ❒ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ❒ 2 Removed from State Court    ❒ 3 Remanded from Appellate Court    ❒ 4 Reinstated or Reopened    ❒ 5 Transferred from Another District *(specify)*    ❒ 6 Multidistrict Litigation - Transfer    ❒ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 271, 28 U.S.C. §§ 2201 and 2202

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:    ❒ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE    Jennifer Choe-Groves    DOCKET NUMBER    25-1016, 26-535

DATE
05/08/2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Derek J. Fahnestock

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____