IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARRAY BIOPHARMA INC., LOXO        )
ONCOLOGY, INC., BAYER CONSUMER    )
CARE AG, BAYER HEALTHCARE LLC,    )
and BAYER HEALTHCARE              )
PHARMACEUTICALS INC.,             )
                                  )  C.A. No. _____
             Plaintiffs,          )
                                  )
        v.                        )
                                  )
ZYDUS LIFESCIENCES LTD., ZYDUS    )
LIFESCIENCES GLOBAL FZE, and ZYDUS )
PHARMACEUTICALS (USA) INC.,       )
                                  )
             Defendants.          )

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  March 27, 2026

Date of Expiration of Patent:  See below[*]

Thirty Month Stay Deadline:  September 27, 2028

[*] U.S. Patent No. 9,782,414 expires on 11/16/2035;
U.S. Patent No. 10,172,861 expires on 11/16/2035;
U.S. Patent No. 10,285,993 expires on 11/16/2035;
U.S. Patent No. 10,799,505 expires on 08/15/2036; and
U.S. Patent No. 10,813,936 expires on 11/16/2035.


*/s/ Derek J. Fahnestock*
_____
Attorney(s) for Plaintiffs

DATE: May 8, 2026